■ In the Matter of CITY BANK FARMERS TRUST CO., as Trustee of a Trust Made by RIHEI HUGA, Deceased, Respondent, against HERBERT BROWNELL, JR., Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant, and ICHIRO HUGA et al., by Their Guardian ad Litem, IRVING M. ROSEN, Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondents. It appearing that the trust

corpus presently is physically within the United States, the question is moot whether the effective vesting of rights in the subject matter of the trust by the Attorney General of the United States was dependent on the physical presence of the trust assets within the United States. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.